# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IGLESIA NI CRISTO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUISITO E CAYABYAB, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-00561-BLF<br><br>**ORDER DISMISSING ACTION AS TO ALL DEFENDANTS EXCEPT DEFENDANT ALLAN VILLANUEVA; AND ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED AS TO DEFENDANT ALLAN VILLANUEVA**<br><br>[Re: ECF 177] |

On September 8, 2021, all remaining parties in the case except Defendant Allan Villanueva filed a Joint Stipulation of Voluntary Dismissal, stipulating to dismissal of the action with prejudice. *See* Joint Stipulation, ECF 177. Because Defendant Villanueva has appeared and has not joined the stipulation, the stipulation is not sufficient to effect a voluntary dismissal of the action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). A court order therefore is required to dismiss the action as to any defendant. *See* Fed. R. Civ. P. 41(a)(2). The Court finds it appropriate to dismiss the action as to all defendants who have stipulated to dismissal. Accordingly, the action is DISMISSED WITH PREJUDICE as to Defendants Luisito E. Cayabyab, Rolando Dizon, Jr., H20 NOW USA, Lionel Roque De La Uso, Allan Monte De Ramos, Jesle Llaban Kuizon, Edwin Lionel R. Mora, and Leizl Dias-DeoCampo.

It appears that Plaintiff wishes to voluntarily dismiss its claims against Defendant Allan Villanueva as well. The parties are ORDERED TO SHOW CAUSE, in writing and on or before September 17, 2021, why the action should not also be dismissed with prejudice as to Defendant Allan Villanueva.

Dated: September 9, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge