# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IGLESIA NI CRISTO,<br><br>    Plaintiff,<br><br>v.<br><br>ALLAN VILLANUEVA,<br><br>    Defendant. | Case No. 18-cv-00561-BLF<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AS TO DEFENDANT ALLAN VILLANUEVA; AND GRANTING DEFENDANT ALLAN VILLANUEVA'S REQUEST FOR ENTRY OF JUDGMENT**<br><br>[Re: ECF 178, 179] |

Of the twelve defendants sued in this action, three were dismissed without prejudice (Isaias T. Samson, Jr., Jeriel Nemis, and Bernard Garcia) and eight were voluntarily dismissed with prejudice (Luisito E. Cayayab, Rolando Dizon, Lionel Roque Dela Uso, Allan Monte De Ramos, Jesle Llaban Kuizon, Liezl Diaz-Deocampo, Edwin Lionel R. Mora, and H2O Now USA).

On September 9, 2021, the Court issued an Order to Show Cause why the action should not be dismissed as to the remaining defendant, Allan Villanueva. Villanueva timely responded, noting that the Court granted summary judgment in his favor on March 31, 2020, and requesting entry of final judgment in his favor pursuant to Federal Rule of Civil Procedure 54. Accordingly, the Order to Show Cause is DISCHARGED. Villanueva's request for entry of judgment is GRANTED. A judgment in Villanueva's favor will be filed immediately after the filing of this order.

**IT IS SO ORDERED.**

Dated: September 15, 2021

_____
BETH LABSON FREEMAN
United States District Judge