# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IGLESIA NI CRISTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLAN VILLANUEVA, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-00561-BLF<br><br>**JUDGMENT** |

The Court having granted summary judgment in favor of Defendant Allan Villanueva, Judgment is hereby entered for Defendant Allan Villanueva and against Plaintiff Iglesia Ni Cristo.

**IT IS SO ORDERED.**

Dated: September 15, 2021

_____
BETH LABSON FREEMAN
United States District Judge